```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEFFREY J. LODGE
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5  Facsimile:  (559) 497-4099

 6  Attorneys for Defendant United States of America,
    Small Business Administration
 7
```

 8                     **UNITED STATES DISTRICT COURT**

 9                     **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KINGS VALLEY INDUSTRIES, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> STOCKTON INGREDIENT SERVICES, CORP., a California corporation; INTERNATIONAL QUALITY INGREDIENTS, a Netherlands limited liability company; FARM BRANDS LIMITED, a New Zealand limited liability company; A.E.J. PROPERTIES, LLC, a California limited liability company; ZIONS FIRST NATIONAL BANK, a Utah corp.; CAPITAL ACCESS GROUP, INC., a California corporation; SMALL BUSINESS ADMINISTRATION, an Agency of the United States Government; ENDURO SYSTEMS, INC. dba INTERSYSTEMS, a California corporation; GRIDER ELECTRIC CORPORATION, a California corporation; UNITED RENTALS NORTH WEST INC., an Oregon corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | 2:11-cv-02450-LKK -GGH <br><br> **STIPULATION TO DISMISS DEFENDANT SMALL BUSINESS ADMINISTRATION WITHOUT PREJUDICE AND REMAND THE REMAINDER OF THE CASE; ORDER** |

 Plaintiff Kings Valley Industries ("Kings Valley") and the United States of America, Small Business Administration ("SBA"), acting through counsel, stipulate that the SBA be dismissed without prejudice from this action and that the remainder of the case may be remanded back to San Joaquin Superior Court, and the parties will bear their own costs and fees, if any,

arising from this action. The parties request the Court endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: September 20, 2011         BENJAMIN B. WAGNER
United States Attorney


By:    /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for United States of America


Dated: September 20, 2011         WAGNER & WAGNER,
a Professional Corporation


By:    /s/Bryan N. Wagner
BRYAN N. WAGNER
Attorneys for Plaintiff Kings Valley Industries

## ORDER

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the terms of the stipulation set forth above, the United States of America, Small Business Administration is dismissed as a party without prejudice. The remainder of the case shall be remanded to San Joaquin County Superior Court.

Dated: September 22, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT