| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | JEFFREY J. LODGE<br>Assistant United States Attorney |
| 3 | United States Courthouse<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | Attorneys for Defendant United States of America,<br>Small Business Administration |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KINGS VALLEY INDUSTRIES,<br>a California corporation, | ) | 2:11-cv-02450-LKK -GGH |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO DISMISS** |
| | ) | **DEFENDANT SMALL BUSINESS** |
| v. | ) | **ADMINISTRATION WITHOUT** |
| STOCKTON INGREDIENT SERVICES, | ) | **PREJUDICE AND REMAND THE** |
| CORP., a California corporation; | ) | **REMAINDER OF THE CASE; ORDER** |
| INTERNATIONAL QUALITY | ) | |
| INGREDIENTS, a Netherlands limited | ) | |
| liability company; FARM BRANDS | ) | |
| LIMITED, a New Zealand limited liability | ) | |
| company; A.E.J. PROPERTIES, LLC, a | ) | |
| California limited liability company; ZIONS | ) | |
| FIRST NATIONAL BANK, a Utah corp.; | ) | |
| CAPITAL ACCESS GROUP, INC., a | ) | |
| California corporation; SMALL BUSINESS | ) | |
| ADMINISTRATION, an Agency of the | ) | |
| United States Government; ENDURO | ) | |
| SYSTEMS, INC. dba INTERSYSTEMS, | ) | |
| a California corporation; GRIDER | ) | |
| ELECTRIC CORPORATION, a California | ) | |
| corporation; UNITED RENTALS NORTH | ) | |
| WEST INC., an Oregon corporation; and | ) | |
| DOES 1 through 50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
|  | ) | |

     Plaintiff Kings Valley Industries ("Kings Valley") and the United States of America, Small Business Administration ("SBA"), acting through counsel, stipulate that the SBA be dismissed without prejudice from this action and that the remainder of the case may be remanded back to San Joaquin Superior Court, and the parties will bear their own costs and fees, if any,

1 arising from this action. The parties request the Court endorse this stipulation by way of formal
2 order.

3                 Respectfully submitted,

4 Dated: September 20, 2011        BENJAMIN B. WAGNER
  United States Attorney

6
7         By:  /s/Jeffrey J. Lodge
           JEFFREY J. LODGE
           Assistant U.S. Attorney
8            Attorneys for United States of America

10 Dated: September 20, 2011        WAGNER & WAGNER,
  a Professional Corporation

13         By:  /s/Bryan N. Wagner
           BRYAN N. WAGNER
           Attorneys for Plaintiff Kings Valley
14            Industries

## ORDER

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the terms of the stipulation set forth above, the United States of America, Small Business Administration is dismissed as a party without prejudice. The remainder of the case shall be remanded to San Joaquin County Superior Court.

Dated: September 22, 2011

                LAWRENCE K. KARLTON
                SENIOR JUDGE
                UNITED STATES DISTRICT COURT